# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MARY MELLS,**

    **Plaintiff,**

v.                                        Case No.  8:13-cv-3214-T-30TGW

**ERIC K. SHINSEKI, SECRETARY,
DEPARTMENT OF VETERAN AFFAIRS,**

    **Defendant.**
_____/

## **ORDER**

    THIS CAUSE comes before the Court upon Defendant's Request to Tax Costs (Dkt. 32) and Proposed Bill of Costs (Dkt. 33).  Plaintiff did not file any opposition to Defendant's Proposed Bill of Costs during the applicable deadline.  The Court, having reviewed the filings and being otherwise advised in the premises, grants Defendant's Proposed Bill of Costs.

    Defendant seeks costs in the amount of $2,539.50 for transcripts necessarily obtained for use in this case.  These costs are recoverable under 28 U.S.C. § 1920.

    It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Proposed Bill of Costs (Dkt. 33) is granted.

2.    The Clerk of Court is directed to enter a **Bill of Costs** in the amount of **$2,539.50** in Defendant's favor and against Plaintiff for taxable costs.

3. This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida on September 9, 2015.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-3214.billofcosts.wpd